UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 18-23930-CIV-MARTINEZ-LOUIS

ENRIQUE SUAREZ,

    Plaintiff,

vs.

EDUARDO PADRON, President of Miami
Dade College,

    Defendant.
_____/

## ORDER DISMISSING CASE AND DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Plaintiff's "New Response to Order Filed on 3/25/2019" [ECF No. 35], requesting "an emergency hearing ASAP" to address who gave "confidential information to MDC BEFORE MDC RECEIVED THIS SUBPOENA FROM PLAINTIFF" and, in the event that his request for an emergency hearing is not granted, that the Court transfer the case to West Palm Beach.[1] Defendant filed a response in opposition [ECF No. 36], noting, in part, that Defendant has failed to file his amended complaint, as required by this Court's prior order, which was entered on February 28, 2019 [ECF No. 31], and that dismissal of this case is appropriate. This Court agrees with Defendant and finds dismissal of this matter is appropriate at this time for the reasons that follow.

On February 28, 2019, this Court adopted Magistrate Judge Louis' Report and Recommendation, finding that: (i) Plaintiff's claims for discriminatory acts occurring prior to April 14, 2017 were time-barred; (ii) Plaintiff failed to specify when Defendant's decisions not to him

---

[1] Plaintiff appears to be responding to a March 25, 2019 Order in which Magistrate Judge Louis granted Defendant's Motion to Quash Subpoena [ECF No. 33].

were made, or made known to him and, therefore, Plaintiff failed to adequately plead his exhaustion of administrative remedies; and (iii) Plaintiff's Complaint failed to state a claim upon which relief can be granted [ECF No. 31].[2] With respect to these deficiencies, the Court provided Plaintiff with leave to file an amended complaint within fourteen (14) days from the date of the order or March 14, 2019. *Id.* at 4. Moreover, in the order, the Court warned Plaintiff that "[f]ailure to file an amended complaint that cures the deficiencies discussed by the foregoing deadline shall result in the dismissal of this case with prejudice." *Id.* To date, Plaintiff has failed to file an amended complaint in compliance with this Court's order.[3] Accordingly, for the reasons stated herein, it is

**ORDERED and ADJUDGED** that

1. Plaintiff's action is **DISMISSED with prejudice**.

2. All pending motions are **DENIED as MOOT.**

3. This case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 7 day of June, 2019.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Louis
All Counsel of Record
Enrique Suarez, *pro se*

---

[2] As to Plaintiff's failure to state a claim, this Court agreed with Magistrate Judge Louis' findings in her Report and Recommendation, noting that Plaintiff's Complaint failed to: (i) state a cognizable claim against Defendant Eduardo Padron as he is not the employer in this case[2]; (ii) sufficiently allege that "he applied for and was rejected for a position that he was qualified to fill"; (iii) sufficiently allege that "the position was filled by" a "person outside the protected class"; and (iv) state which position Plaintiff applied or a description of the position [ECF No. 31, at 3].

[3] Based on a review of the record, instead of timely filing an amended complaint, Plaintiff filed a response to the Court's order [ECF No. 32], appearing to submit additional objections to the Report and Recommendation. Moreover, in a March 25, 2019 Order, Magistrate Judge Louis further noted that Plaintiff was required to file his amended complaint by March 14, 2019 and how he had failed to do so, adding that "it is unclear whether Plaintiff has abandoned the underlying action" [ECF No. 33, at 2].